UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| MELISSA CULBERTSON, individually, as the next of kin and surviving spouse and as the personal representative of the Estate of BOB JAMES CULBERTSON, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO.: 2:11-CV-275 |
| INDIAN PATH HOSPITAL, INC. d/b/a INDIAN PATH MEDICAL CENTER; INDIAN PATH, LLC; MOUNTAIN STATES HEALTH ALLIANCE d/b/a Indian Path Medical Center; LUCIEN ABBOUD, M.D.; BETH ANNA McCURLEY, M.D.; and BRIAN P. DONOVAN, M.D., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

This action came before the Honorable J. Ronnie Greer, District Judge, presiding, and the issues having been duly addressed and a decision having been duly rendered,

It is ORDERED and ADJUDGED that the plaintiff recover nothing of the defendants and that the action of plaintiff against the defendants be DISMISSED on the merits.

DATED:

                                                                    s/*Debra C. Poplin*
                                                                    CLERK OF COURT